UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-10379-JLT |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| PETERSON DUMORNAY ) | |
| JUDE CELESTIN ) | 18 U.S.C. § 1344 (Bank Fraud) |
| ) | 18 U.S.C. § 2 (Aiding & Abetting) |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges that at all times material to this Indictment:

## INTRODUCTION

1. PETERSON DUMORNAY ("DUMORNAY") lived in Roxbury, Massachusetts. DUMORNAY was employed by Fleet Bank/Bank of America ("Bank of America") as a Personal Banker. In that capacity he had access to the Bank of America computer system that allowed him to view information regarding customer accounts.

2. JUDE CELESTIN ("CELESTIN") lived in Mattapan, Massachusetts. CELESTIN was employed by Fleet Bank/Bank of America ("Bank of America") as a Personal Banker. In that capacity he had access to the Bank of America computer system that allowed him to view information regarding customer accounts.

## THE SCHEME TO DEFRAUD

3. From in or about May 2004 through in or about November 2004, DUMORNAY accessed the bank account information of numerous customers of Bank of America. These customers were often, but not exclusively, corporations involved in the construction or real estate businesses. CELESTIN accessed the same type of bank account information from in or about

June 2004 through in or about November 2004.

4. At all times relevant to this Indictment, Fleet Bank and Bank of America were financial institutions whose deposits were insured by the FDIC.

5. Each time DUMORNAY and CELESTIN reviewed a specific account, they would examine several pieces of information about the customer's banking history. This information included, but was not limited to, the name of the person who had check signing authority for each customer's account, the account balance in each account, and the check number of recently cashed checks in each such account.

6. DUMORNAY and CELESTIN, working with others not known to the Grand Jury, then arranged to create forged checks which purported to draw on these accounts.

7. The forged checks appeared to be signed by the person with the appropriate signing authority for each customer's account, was for an amount that was less than the total amount held in each customer's account, and was numbered a few numbers ahead of each customer's most recently cashed checks, thereby giving the appearance that the check was a legitimate check written by the customer.

8. The forged checks were made out in the true names of numerous individuals ("runners"). The runners then went into a Bank of America branch and cashed the checks or deposited the checks into their own accounts at other banks and subsequently withdrew funds from these accounts.

9. In total, the scheme resulted in a net loss to Bank of America of over $1,000,000.

10. DUMORNAY and CELESTIN were each individually responsible for in excess of $400,000 in net losses to Bank of America.

## COUNTS ONE AND TWO
## DUMORNAY AND CELESTIN
(Bank Fraud – 18 U.S.C. § 1344(1))

THE GRAND JURY FURTHER CHARGES THAT:

11. Paragraphs 1 through 10 are realleged and incorporated by reference as though fully set forth herein.

12. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendants,

### PETERSON DUMORNAY and
### JUDE CELESTIN

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money, funds and other property owned by and under the custody and control of federally insured financial institutions, namely Fleet Bank/Bank of America, through false statements, representations and pretenses, and for the purpose of executing this scheme and attempting to do so, did cause the withdrawal of money from the accounts of legitimate account holders without either the account holders' or the banks' permission as follows:

| COUNT | DATE (on or about) | TRANSACTION |
|---|---|---|
| 1 | 9/24/04 | Forged check for $4,957.23 drawn on the account of Realty Association Fund III cashed at North Manchester, New Hampshire |
| 2 | 10/16/04 | Forged check for $6,750.00 drawn on the account of Reali Realty cashed at Braintree, Massachusetts |

All in violation of Title 18, United States Code, Sections 1344(1) and 2.

3

## COUNTS THREE THROUGH SIX
### DUMORNAY ONLY
(Bank Fraud – 18 U.S.C. § 1344(1))

THE GRAND JURY FURTHER CHARGES THAT:

13. Paragraphs 1 through 10 are realleged and incorporated by reference as though fully set forth herein.

14. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

PETERSON DUMORNAY

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money, funds and other property owned by and under the custody and control of federally insured financial institutions, namely Fleet Bank/Bank of America, through false statements, representations and pretenses, and for the purpose of executing this scheme and attempting to do so, did cause the withdrawal of money from the accounts of legitimate account holders without either the account holders' or the banks' permission as follows:

| COUNT | DATE (on or about) | TRANSACTION |
| --- | --- | --- |
| 3 | 5/21/04 | Forged check for $4,322.52 drawn on the account of Starr Realty, Inc. cashed at Needham, Massachusetts |
| 4 | 9/17/04 | Forged check for $3,681.27 drawn on the account of Suffolk Construction Company cashed at Kittery, Maine |
| 5 | 10/4/04 | Forged check for $5,386.21 drawn on the account of Americana cashed at Cape Elizabeth, Maine |
| 6 | 10/20/04 | Forged check for $2,391.05 drawn on the account of Tata & Howard, Inc. cashed at North Attleboro, Massachusetts |

All in violation of Title 18, United States Code, Sections 1344(1) and 2.

## COUNTS SEVEN THROUGH TEN
## CELESTIN ONLY
(Bank Fraud – 18 U.S.C. § 1344(1))

THE GRAND JURY FURTHER CHARGES THAT:

15. Paragraphs 1 through 10 are realleged and incorporated by reference as though fully set forth herein.

16. On or about the dates set forth below, in the District of Massachusetts and elsewhere, the defendant,

### JUDE CELESTIN

did knowingly and willfully execute and attempt to execute a scheme and artifice to obtain money, funds and other property owned by and under the custody and control of federally insured financial institutions, namely Fleet Bank/Bank of America, through false statements, representations and pretenses, and for the purpose of executing this scheme and attempting to do so, did cause the withdrawal of money from the accounts of legitimate account holders without either the account holders' or the banks' permission as follows:

| COUNT | DATE (on or about) | TRANSACTION |
| --- | --- | --- |
| 7 | 6/10/04 | Forged check for $4,795.87 drawn on the account of Westbank Realty Corporation cashed at North Providence, Rhode Island |
| 8 | 6/16/04 | Forged check for $6,758.74 drawn on the account of Westray Realty Corporation cashed at Providence, Rhode Island |
| 9 | 7/13/04 | Forged check for $6,975.24 drawn on the account of Westgate Recruiting LLC cashed at North Dartmouth, Massachusetts |

| | | |
|---|---|---|
| 10 | 10/23/04 | Forged check for $5,700.00 drawn on the account of Dorchester Real Estate cashed at Boston, Massachusetts |

All in violation of Title 18, United States Code, Sections 1344(1) and 2.

## Notice of Additional Factors:

The Grand Jury further charges that:

The offenses charged in counts One through Ten of this Indictment:

    (a)    involved ten or more victims, as described in U.S.S.G. § 2B1.1(b)(2)(A)(i); and

    (b)    defendant DUMORNAY abused a position of public and private trust in a manner that significantly facilitated the commission and concealment of the offense charged in the Indictment, as described in U.S.S.G. § 3B1.3.

    (c)    defendant CELESTIN abused a position of public and private trust in a manner that significantly facilitated the commission and concealment of the offense charged in the Indictment, as described in U.S.S.G. § 3B1.3.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Seth P. Berman
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                December 15, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
@ 3:50 pm
12/15/04

8

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

Place of Offense: _____  Category No. __II__  Investigating Agency __FBI__

City __Boston and Elsewhere__

County __Suffolk and Elsewhere__

Related Case Information:
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Peterson Demornay__  Juvenile: ☐ Yes  ☒ No

Alias Name _____

Address __46 Birchwood Road #428 Randolph, MA__

Birth date (Year only): __1980__  SSN (last 4 #): __1072__  Sex __M__  Race: __Black__  Nationality: __USA__

Defense Counsel if known: _____  Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA __Seth Berman__  Bar Number if applicable _____

Interpreter: ☐ Yes  ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony __7__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __Decemebr 15, 2004__  Signature of AUSA: _____

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Peterson Dumornay

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1344 | Bank Fraud | One-Six |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

Place of Offense: _____   Category No. __II__   Investigating Agency __FBI__

City __Boston and Elsewhere__

County __Suffolk and Elsewhere__

Related Case Information:

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Jude Celestin__   Juvenile ☐ Yes ☒ No

Alias Name _____

Address __444 Norfolk Street, Mattanpan, MA__

Birth date (Year only): __1982__   SSN (last 4 #): __2316__   Sex __M__   Race: __Black__   Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA __Seth Berman__   Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony __7__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __December 15, 2004__   Signature of AUSA: _/s/_

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Jude Celestin

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1344 | Bank Fraud | One -Two, Seven-Ten |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**