UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>PETERSON DUMORANY and )<br>JUDE CELESTIN              ) | Criminal No. 04-10379-JLT |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the Indictment be unsealed in this matter. As grounds therefore, the government states that the persons named in the indictment are in custody. As a result, the public disclosure of the information contained in said document will no longer jeopardize an ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Seth P. Berman
Assistant U.S. Attorney

Date: December 22, 2004

*[Handwritten margin note: 12/22/04 Allowed Judith Gail Dein, USMJ]*