AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES
v.
JUDE CELESTIN

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JUDE CELESTIN, FOR INITIAL APPEARANCE/ARRAIGNMENT ONLY.

Dec. 22, 2004
Date

*Signature:* M.F. Natola

MICHAEL F. NATOLA
Print Name

240 Commercial St
Address

BOSTON    MA    02109
City        State    Zip Code

(617) 367-8844
Phone Number