# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

PETERSON DUMORNAY and JUDE CELESTIN

**WARRANT FOR ARREST**

CASE NUMBER: 04-10379-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JUDE CELESTIN** (Name)

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Bank Fraud

RECEIVED
2004 DEC 16 A 9:17
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of
Title 18  United States Code, Section(s) 1344

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

DEC 15 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI
BY ARREST ___ENT OF THE  12/22/04
DEFENDANT AND TITLE OF ARRESTING OFFICER

DATE RECEIVED

DATE OF ARREST

SIGNATURE OF ARRESTING OFFICER

This form was electronically produced by Elite Federal Forms, Inc.