UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No.  04-10379-JLT

UNITED STATES,                )
                              )
v.                            )
                              )
JUDE CELESTIN,                )
          Defendant.  )

## NOTICE OF APPEARANCE

Now comes Martin K. Leppo, Attorney at Law, with offices at 7

Christy's Drive, Suite 1, Brockton, MA 02301, and hereby enter my

appearance for the Defendant in the above captioned matter.

Respectfully submitted,
Jude Celestin, Defendant,
By His Attorney,

Martin K. Leppo, Esquire
BBO #294480
7 Christy's Drive, Suite 1
Brockton, MA 02301
(508) 580-3733

Dated:   February 2, 2005

## CERTIFICATE OF SERVICE

I, Martin K. Leppo, certify that on this 2nd day of February, 2005, a true copy of the foregoing Notice of Appearance has been served, by first class mail, postage prepaid, upon the following:

Seth P. Berman
Assistant U.S. Attorney
U.S. Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Roger Witkin, Esquire
6 Beacon Street
Boston, MA 02108

Martin K. Leppo