UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )    Case No. 04-cr-10379-JLT
                                    )
PETERSON DUMORNAY and               )
JUDE CELESTIN                       )
                                    )
_____)

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME

The parties jointly move for a continuance from December 15, 2005 until a date after December 21, 2005 for the final status conference in this case. As grounds therefore, the parties state that the defendants have been added as defendants in United States v. Burdley Jean, et al, 05-10110, a conspiracy and bank fraud case involving eight other defendants. The charges in that case encompass the charges in the above captioned case. However, defendants have not yet appeared on the new case. Their initial appearance on the new case is scheduled for December 21, 2005. The government will dismiss the above captioned case after defendants appear on the new case. As a consequence, a final status conference on the above captioned case is not necessary at this time.

WHEREFORE, the parties respectfully request a continuance until after December 21, 2005 of Final Status Conference in this case.

Respectfully Submitted,

| | |
|---|---|
| PETERSON DUMORNAY | JUDE CELESTIN |
| By His Attorney | By His Attorney |
| | |
| /s/ Roger Witkin (by SPB) | /s/ Marty Lepo (by SPB) |
| ROGER WITKIN, Esq. | MARTY LEPO, Esq. |
| (617) 523-0027 | (508) 580-3733 |

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
SETH P. BERMAN
Assistant U.S. Attorney

DATED:	December 14, 2005